Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.; *et al.*,<br><br>Defendants | Case No.: 2:17-cv-09046-CAS-SS<br>*Hon. Christina A. Snyder Presiding*<br><br>**STIPULATION TO DISMISS CERTAIN PARTIES WITH PREJUDICE**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendants on the other, hereby STIPULATE as follows:

1. Defendant Walmart Inc. is hereby dismissed with prejudice from this action;
2. Defendant Sears Holding Corporation is hereby dismissed with prejudice from this action;
3. Defendant Bluefly, Inc. is hereby dismissed with prejudice from this action;
4. The parties will each bear their respective costs and attorneys' fees as incurred solely against one another in connection with this action.

SO STIPULATED.

Respectfully submitted,

Date: September 26, 2018     By:     /s/ Frank Gregory Casella
Stephen M. Doniger, Esq.
Frank Gregory Casella, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff
Universal Dyeing & Printing, Inc.

Date: September 26, 2018     By:     /s/ Matthew P. Lewis
Bijal V. Vakil, Esq.
Matthew P. Lewis, Esq.
WHITE AND CASE LLP
Attorneys for Walmart Inc.

Date: September 26, 2018     By:     /s/ Paul J. Loh
Paul J. Loh, Esq.
Aarti Khanolkar Wilson, Esq.
WILLENKEN WILSON LOH AND DELGADO LLP
Attorneys for Sears Holding Corporation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.