# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.; *et al.*,<br><br>Defendants | Case No.: 2:17-cv-09046-CAS-SSx<br><u>Hon. Christina A. Snyder Presiding</u><br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS CERTAIN PARTIES WITH PREJUDICE** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Defendant Walmart Inc. is hereby dismissed with prejudice from this action;
2. Defendant Sears Holding Corporation is hereby dismissed with prejudice from this action;
3. Defendant Bluefly, Inc. is hereby dismissed with prejudice from this action;

1

4. The parties will each bear their respective costs and attorneys' fees as incurred solely against one another in connection with this action.

SO ORDERED.

Date: October 1, 2018          By: _____
                                    HON. CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE