JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., et al., <br><br> Defendants. | Case Number: 2:17-cv-09046-CAS-SSx <br> *Hon. Christina A. Snyder Presiding* <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed with prejudice; and
2. Plaintiff Universal Dyeing & Printing, Inc. and Defendant Genesco Inc. (erroneously sued as Genesco Brands, Inc.) will each bear their

/ / /

/ / /

/ / /

1

respective costs and attorneys' fees as incurred against one another in connection with this action.

SO STIPULATED.

Date: October 11, 2018          By: *Christina A. Snyder*
                                HON. CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE